UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>LEE SCRIVER,                         )<br>                                     )<br>            Defendant.               )<br>                                     )<br>                                     )<br>_____) | 2:20-po-00029-CKD<br><br>[~~Proposed~~] ORDER TO DISMISS AND<br>VACATE BENCH TRIAL<br><br>DATE:  October 5, 2020<br>TIME:  9:30 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00029-CKD with prejudice is GRANTED.

It is further ordered that the bench trial scheduled on October 5, 2020, is vacated.

IT IS SO ORDERED.

Dated:  September 25, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE